UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ROBERT BLAIR, | No. 2: 14-cv-2161 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN MONTGOMERY, | |
| Respondent. | |

Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.  (No. 2: 09-cv-1875 GEB CMK P.)  Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Judge Burrell and Magistrate Judge Kellison for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2: 09-cv-1875 GEB CMK; and

////

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: October 22, 2014

Bl2161.190

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE