IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE ROBERT BLAIR,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MONTGOMERY,<br><br>　　　　　　Respondent. | No. 2:14-CV-2161-GEB-CMK-P<br><br><br><br>ORDER |

　　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　　On August 18, 2015, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Timely objections to the findings and recommendations have been filed.

　　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2015, are adopted in full;

2. Respondent's motion to dismiss (Doc. 14) is granted;

3. Claims two, three, and four are dismissed as untimely; and

4. Respondent is directed to file an answer to claim one in petitioner's petition for a writ of habeas corpus within 30 days of the date of this order.

Dated:  September 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge