IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE ROBERT BLAIR,<br><br>    Petitioner,<br><br>  vs.<br><br>MONTGOMERY,<br><br>    Respondent.<br>_____/ | No. 2:14-CV-2161-GEB-CMK-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for a certificate of appealability (Doc. 31). Petitioner's motion is denied as premature because the court has not yet issued a final judgment. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    IT IS SO ORDERED.

DATED: February 26, 2016

                                                                                                        **CRAIG M. KELLISON**
                                                                                                       UNITED STATES MAGISTRATE JUDGE